AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTINCT OF ____the Northern Mariana Islands____

F I L E D
Clerk
District Court

UNITED STATES OF AMERICA,

Plaintiff,

V.

TIMOTHY P. VILLAGOMEZ

Defendant.

AUG 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00020**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**TIMOTHY P. VILLAGOMEZ**_____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy (Count 1)**
**Wire Fraud (Count 2)**
**Theft Concerning Federal Funds (Count 3)**

**RECEIVED**

JUL 23 2008

US MARSHALS SERVICE-CNMI

in violation of Title __18__ United States Code, Section(s) _____**371, 1343, and 666**_____
and in violation of Title ____ United States Code, Section (s) _____

| | |
|---|---|
| **HONORABLE ALEX R. MUNSON** | **CHIEF JUDGE, DISTRICT COURT OF THE NMI** |
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing officer

7-22-08     SAIPAN, CNMI
Date and Location

Bail fixed at $___50,000.00___ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____USDC - NMI____ Horiguchi Bld, Saipan CNMI | | |
| DATE RECEIVED 23 Jul 08 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert CiDUSM # 3086 / USMS NMI | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 11 Aug 08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____