**David J. Lujan, Esq.**
**Lujan, Aguigui, and Perez, LLP**
DNA Bldg. Suite 300
238 Archbishop Flores St.
Hagatna, Guam 96910

**Joey P. San Nicolas**
Attorney at Law
SN Annex, Broadway Estates
P.O. Box 571
Tinian, MP 96952
Tel./Fax: 670-433-5776
Email: snlaw@pticom.com

*Attorneys for Defendant* Timothy P. Villagomez

FILED
Clerk
District Court

AUG 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO: CR 08-00020 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION TO EXTEND TIME TO FILE MOTIONS** |
| TIMOTHY P. VILLAGOMEZ, et. al., ) | |
| Defendants. ) | |

    This matter came before the Court for arraignment on August 11, 2008. As a result of this hearing the Court entered an Order setting the deadline for filing pre-trial motions to August 25, 2008.

    Counsels for Defendant Villagomez have requested for and received partial discovery in this matter. The discovery received thus far is voluminous and requires adequate time to review to prepare pre-trial motions in this case. Defense counsels seek,

and Plaintiff agrees, to an extension of time to file pre-trial motions

Therefore, for the reason stated herein the parties propose that the deadline for filing pre-trial motions be September 08, 2008.

So stipulated this 20 day of August, 2008.

| | |
|---|---|
| _____ | _____ |
| Joey P. San Nicolas | Eric O'Malley, Assistant US Attorney |
| Attorney for Defendant Timothy P. Villagomez | Attorney for the United States |