1  SERS NICHOLAS LAW OFFICE
   BRIEN SERS NICHOLAS
2  Attorney at Law
   Cabrera Center, 1st Floor
3  Beach Road, Lower Gualo Rai
   P.O. Box 502876
4  Saipan, MP 96950

5  Telephone Nos.:  (670) 235-7190/91
   Facsimile No.:   (670) 235-7192
6
   Co-Counsel for Defendant
7      Timothy P. Villagomez

8              IN THE UNITED STATES DISTRICT COURT
                          FOR THE
9                 NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,      ]    CRIMINAL CASE NO. 08-00020-001
                                  ]
11             Plaintiff,          ]
                                  ]
12       vs.                       ]    MOTION TO WITHDRAW
                                  ]    PURSUANT TO LOCAL RULE
13 TIMOTHY P. VILLAGOMEZ,         ]    83.5(g)(4)
                                  ]
14             Defendant,          ]
                                  ]
15 _____ ]

16       COMES NOW BRIEN SERS NICHOLAS and respectfully moves this Honorable

17 Court for an Order allowing him to withdraw as one of the Counsels for Defendant

18 Timothy P. Villagomez in this matter.

19       This Motion is presented to this Honorable Court pursuant to Local Rule

20 83.5(g)(4) and is based on the attached Declaration of Brien Sers Nicholas, the

21 Consent of Timothy P. Villagomez, and the files and records of this matter.

22       Dated this ___20th___ day of August, 2008.

23

24

25

26                                          Brien Sers Nicholas, Esq.
                                            Co-Counsel for Defendant
27                                          Villagomez

28