SERS NICHOLAS LAW OFFICE
BRIEN SERS NICHOLAS
Attorney at Law
Cabrera Center, 1st Floor
Beach Road, Lower Gualo Rai
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:   (670) 235-7190/91
Facsimile No.:    (670) 235-7192

Co-Counsel for Defendant
    Timothy P. Villagomez

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-001 |
| Plaintiff, | |
| vs. | CONSENT BY TIMOTHY P. VILLAGOMEZ FOR WITHDRAWAL OF BRIEN SERS NICHOLAS |
| TIMOTHY P. VILLAGOMEZ, | |
| Defendant, | |

I, TIMOTHY P. VILLAGOMEZ, do hereby consent to Brien Sers Nicholas withdrawal as one of my Counsels in this matter.

Dated this 19th day of August, 2008.

Timothy P. Villagomez
Defendant