SERS NICHOLAS LAW OFFICE
BRIEN SERS NICHOLAS
Attorney at Law
Cabrera Center, 1st Floor
Beach Road, Lower Gualo Rai
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:   (670) 235-7190/91
Facsimile No.:    (670) 235-7192

Co-Counsel for Defendant
   Timothy P. Villagomez

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00020-001 |
| Plaintiff, | |
| vs. | DECLARATION OF BRIEN SERS NICHOLAS IN SUPPORT OF MOTION TO WITHDRAW |
| TIMOTHY P. VILLAGOMEZ, | |
| Defendant, | |

I, BRIEN SERS NICHOLAS, do hereby declare under the penalty of perjury the following:

1. That I am an Attorney at Law duly licensed to practice law before this Honorable Court.

2. That, because of prior commitments requiring me to travel to and spending more time in the Republic of Palau, I will not be able to continue as Co-Counsel for Defendant Timothy P. Villagomez in this matter.

3. That I have so informed and discussed the foregoing with Defendant Villagomez and he consents to my seeking a withdrawal in this case from this Honorable Court as evidenced by his consent filed herewith.

4. That, in light of the foregoing, I respectfully ask that this Honorable Court grants my motion to withdraw.

Dated this ___20th___ day of August, 2008.

                                            Brien Sers Nicholas, Esq.
                                            Co-Counsel for Defendant
                                            Villagomez