SERS NICHOLAS LAW OFFICE
BRIEN SERS NICHOLAS
Attorney at Law
Cabrera Center, 1st Floor
Beach Road, Lower Gualo Rai
P.O. Box 502876
Saipan, MP 96950

Telephone Nos.:   (670) 235-7190/91
Facsimile No.:    (670) 235-7192

Co-Counsel for Defendant
    Timothy P. Villagomez

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ] | CRIMINAL CASE NO. 08-00020-001 |
|---|---|---|
| Plaintiff, | ] | |
| vs. | ] | ORDER GRANTING WITHDRAWAL OF BRIEN SERS NICHOLAS AS CO-COUNSEL (PROPOSED) |
| TIMOTHY P. VILLAGOMEZ, | ] | |
| Defendant, | ] | |

THIS MATTER came before this Court on a Motion by Brien Sers Nicholas, Esq., seeking an order allowing him to withdraw as one of the Counsels of Record in this matter for Defendant Timothy P. Villagomez.

This Court, having reviewed said Motion and the files and records of this matter, finds that good cause exist to grant said Motion.

ACCORDING, IT IS HEREBY ORDERED that Brien Sers Nicholas is hereby GRANTED leave to withdraw as one of the Counsels of Record in this matter for Defendant Villagomez and said withdrawal is hereby entered in the records of this matter.

SO ORDERED this _____ day of August, 2008.

_____
ALEX R. MUNSON,
Chief Judge