| | |
|---|---|
| SERS NICHOLAS LAW OFFICE<br>BRIEN SERS NICHOLAS<br>Attorney at Law<br>Cabrera Center, 1st Floor<br>Beach Road, Lower Gualo Rai<br>P.O. Box 502876<br>Saipan, MP 96950<br><br>Telephone Nos.: (670) 235-7190/91<br>Facsimile No.: (670) 235-7192<br><br>Co-Counsel for Defendant<br>   Timothy P. Villagomez | F I L E D<br>Clerk<br>District Court<br><br>AUG 21 2008<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       vs.<br><br>TIMOTHY P. VILLAGOMEZ,<br><br>        Defendant, | CRIMINAL CASE NO. 08-00020-001<br><br>ORDER GRANTING WITHDRAWAL OF BRIEN SERS NICHOLAS AS CO-COUNSEL ~~(PROPOSED)~~ |

THIS MATTER came before this Court on a Motion by Brien Sers Nicholas, Esq., seeking an order allowing him to withdraw as one of the Counsels of Record in this matter for Defendant Timothy P. Villagomez.

This Court, having reviewed said Motion and the files and records of this matter, finds that good cause exist to grant said Motion.

ACCORDING, IT IS HEREBY ORDERED that Brien Sers Nicholas is hereby GRANTED leave to withdraw as one of the Counsels of Record in this matter for Defendant Villagomez and said withdrawal is hereby entered in the records of this matter.

SO ORDERED this 21st day of August, 2008.

*[signature]*
ALEX R. MUNSON,
Chief Judge