F I L E D
Clerk
District Court

SEP -2 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TIMOTHY P. VILLAGOMEZ, et.al.,<br><br>　　　　Defendants. | Criminal Case No. 08-00020<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE PRE-TRIAL MOTIONS AS TO DEFENDANT TIMOTHY P. VILLAGOMEZ |

　　IT IS ORDERED THAT Defendant Timothy P. Villagomez's motion to extend the deadline to file pretrial motions is hereby granted. Pre-trial motions shall be filed by no later than 3:30 p.m. Monday, September 22, 2008.

DATED this 2nd day of September, 2008.

_____
ALEX R. MUNSON
Judge